UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE LORENE CHAPMAN,<br>　　　　Plaintiff<br>　　v.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br>　　　　Defendant. | Case No. 5:15-cv-867-GJS<br><br>**JUDGMENT** |

   IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and this matter REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED: January 13, 2016            _____
                                    GAIL J. STANDISH
                                    UNITED STATES MAGISTRATE JUDGE